

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-03-00216-CR |
| State, | § | Appeal from the |
| v. | § | 383rd District Court |
| J. D. EXPUNGED, | § | of El Paso County, Texas |
| Appellee. | § | |

## **O R D E R**

The Court has expunged all court records in the above-numbered cause in accordance with an expunction order issued by the 383rd District Court of El Paso County, Texas. Consequently, the opinion and judgment, as well orders, correspondence, and other documents have been removed from the official record and destroyed. The clerk's record and reporter's record have been turned over to the District Clerk of El Paso County, Texas for destruction in accordance with the terms of the expunction order. Any records not completely destroyed have been redacted to remove the identity of the Appellant as permitted by the expunction order. All persons are advised that the release, maintenance, dissemination, or use of the expunged records and files for any purpose is prohibited. TEX.CODE CRIM.PROC.ANN. art. 55.03.

IT IS SO ORDERED this 14th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.